UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| THE LEASE OUTLET, INC.<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>U.S. BANK NA, U.S. BANCORP, US BANK LEASING LT, and DOES 1 -20,<br><br>　　　　Defendants. | Case No.: SACV 09-00108-CJC(CRx)<br><br><br><br>JUDGMENT |

　　　Plaintiff The Lease Outlet, Inc. shall take nothing by way of all claims raised in its Complaint. The Complaint is dismissed with prejudice and judgment is entered in favor of Defendants U.S Bank, U.S. Bancorp, and US Bank Trust N.A. as trustee for US Bank Leasing LT.

　　　DATED:　　January 19, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE