JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LEASE OUTLET, INC., | Case No. SAVC 09-00108 CJC (CRx) |
| Plaintiff, | Hon. Cormac J. Carney |
| v. | **[PROPOSED] ORDER DISMISSING COUNTERCLAIM WITH PREJUDICE** |
| US BANK; U.S. BANCORP; US BANK LEASING LT; and DOES 1 through 20 inclusive, | |
| Defendants. | |
| US BANK NATIONAL ASSOCIATION, ET. AL | |
| Counterclaimants | Trial Date:        June 7, 2011<br>Complaint Filed:  December 15, 2008 |
| vs. | |
| THE LEASE OUTLET, INC, ET. AL. | |
| Counterdefendants | |

Upon consideration of the Joint Stipulation of Dismissal of Counterclaim With Prejudice submitted by the Parties, the Court hereby orders as follows:

IT IS SO ORDERED:

1. The Counterclaim is hereby dismissed with prejudice;
2. The Parties shall bear their own attorneys' fees and costs.
3. The United States District Court for the Central District of California shall have continuing jurisdiction to interpret and enforce the Parties' Settlement Agreement.

Dated: 3/23/11

_____
Hon. Cormac J. Carney
United States District Court Judge